IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE W. OLDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-11-1065-M |
| | ) |
| UNITED STATES OF AMERICA, and | ) |
| WARDEN OF EL RENO | ) |
| CORRECTIONAL CENTER, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On April 4, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Court grant respondents' Motion for Summary Judgment and dismiss the petition for writ of habeas corpus without prejudice for failure to exhaust the available administrative remedies. Petitioner was advised of his right to object to the Report and Recommendation by April 24. 2012. To date, petitioner has not filed an objection.

Upon de novo review, the Court:

(1)    ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on April 4, 2012;

(2)    GRANTS respondents' Motion for Summary Judgment [docket no. 15]; and

(3)    DISMISSES the petition for writ of habeas corpus with prejudice.

**IT IS SO ORDERED this 30th day of April, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE